FILED
 2014 May-15 PM 03:03
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| BRADLEY S. PATTERSON, | ) |
| Plaintiff | ) |
| vs. | ) Case No. 4:11-cv-04067-LSC |
| STATE OF ALABAMA, et al., | ) |
| Defendants | ) |

## MEMORANDUM OPINION

On April 22, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the remainder of plaintiff's complaint in this action be dismissed with prejudice

pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as well as pursuant to Rule 41(b), Fed.R.Civ.P., for plaintiff's failure to prosecute.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

Done this 15th day of May 2014.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

[160704]